**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-2313**

───────────

WALI JAHANGIRI,

Plaintiff - Appellant,

v.

LEWIS-GALE MEDICAL CENTER, LLC, d/b/a Lewis-Gale Medical Center,

Defendant - Appellee.

───────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Michael F. Urbanski, Chief District Judge. (7:21-cv-00427-MFU-RSB)

───────────

Submitted: November 16, 2023                    Decided: November 21, 2023

───────────

Before AGEE and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

**ON BRIEF:** Brittany M. Haddox, Monica L. Mroz, Thomas E. Strelka, STRELKA LAW OFFICE, PC, Roanoke, Virginia, for Appellant. Susan Childers North, Jonathan W. Gonzalez, GORDON REES SCULLY MANSUKHANI, LLP, Williamsburg, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wali Jahangiri, M.D., appeals the district court's order granting summary judgment in favor of Lewis-Gale Medical Center, LLC, on Jahangiri's breach of contract claims and claims of discrimination, retaliation, and harassment, in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Jahangiri v. Lewis-Gale Med. Ctr., LLC*, No. 7:21-cv-00427-MFU-RSB (W.D. Va. Dec. 20, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
